# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-0806
Lower Tribunal No. 24-5226-CA-01

————————————

**Michael LaMantia,**
Appellant,

vs.

**Town of Bay Harbor Islands,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jason Emilios Dimitris, Judge.

The Amlong Firm, and William R. Amlong and Jennifer Daley (Fort Lauderdale), for appellant.

Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., and Scott D. Alexander (Fort Lauderdale), for appellee.

Before SCALES, C.J., and EMAS and LOGUE, JJ.

PER CURIAM.

Affirmed.